**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NEW YORK**
**ROCHESTER DIVISION**

| | | |
|---|---|---|
| **Malikie Innovations Ltd. and Key Patent Innovations Ltd.** | § | |
| | § | |
| **Plaintiffs,** | § | |
| **v.** | § | **CIVIL ACTION NO.** |
| | § | |
| **Fortitude Mining, LLC** | § | **JURY TRIAL DEMANDED** |
| | § | |
| **Defendant.** | § | |
| | § | |

**COMPLAINT FOR PATENT INFRINGEMENT AND JURY DEMAND**

Plaintiffs Malikie Innovations Ltd. ("Malikie") and Key Patent Innovations Ltd. ("KPI") (collectively, "Plaintiffs"), by and through their undersigned counsel, bring this Complaint for patent infringement and damages against Defendant Fortitude Mining, LLC ("Fortitude" or "Defendant") and, in support, allege the following:

**PARTIES**

1. Plaintiff Malikie is the successor-in-interest to a substantial patent portfolio created and procured over many years by Blackberry Ltd., formerly known as Research in Motion Ltd., and its predecessor, subsidiary, and affiliated companies (collectively, "Blackberry"). Malikie is an Irish entity duly organized and existing under the laws of Ireland. Malikie has registered offices at: The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland.

2. Plaintiff KPI is the beneficiary of a trust pursuant to which Malikie owns, holds, and asserts the Asserted Patents (set forth below). KPI is an Irish entity duly organized and existing under the laws of Ireland. KPI has registered offices at: The Glasshouses GH2, 92 Georges Street Lower, Dun Laoghaire, Dublin A96 VR66, Ireland.

3. On information and belief, Defendant Fortitude Mining, LLC ("Fortitude" or "Defendant") is a Delaware limited liability company, with a principal place of business at: 45 O'Connor Road, Fairport, NY 14450.[1] On information and belief, Fortitude is headquartered and maintains its principal place of business in this District, and maintains operational facilities in other states. On information and belief, Fortitude owns and operates the website located at https://fortitudemining.com/.

## NATURE OF THE ACTION

4. This is a civil action for patent infringement under the patent laws of the United States, 35 U.S.C. § 1 *et seq*.

5. This case centers on ground-breaking innovations in elliptic curve cryptography that were discovered by some of the field's leading technologists at Certicom Corporation and Blackberry Limited (formerly known as Research In Motion, or "RIM"), that years later were recognized and selected by the designers of Bitcoin[2]—far and away the world's most valuable cryptocurrency—to enable Bitcoin's characteristic quality as a "trustless" payment system requiring no third party intermediary. Specifically, the Bitcoin protocol incorporates cryptographic technology developed and patented by Certicom and Blackberry—technology covered by the Asserted Patents. Defendant, in turn, uses this patented technology to operate one of the largest bitcoin mining operations in the world, manage its proceeds, and engage in bitcoin transactions.

6. Malikie is the assignee of and owns all right and title to U.S. Patent Nos. 8,532,286 (the "'286 Patent") and 8,712,039 (the "'039 Patent") (collectively, the "Asserted Patents"), which

---

[1] All URLs cited in this Complaint were last accessed on August 27, 2026, unless otherwise noted.

[2] As used herein, "Bitcoin" with a capital "B" refers to Bitcoin's protocol, network, and blockchain, whereas "bitcoin" with a lower case "b" refers to the unit of cryptocurrency.

were duly and legally issued by the United States Patent and Trademark Office ("USPTO"). Malikie seeks monetary damages and, where appropriate, injunctive relief.

## FACTS COMMON TO ALL CLAIMS

### Background

#### *The Rise of Bitcoin*

7. In 2025, the price of a single bitcoin (1 BTC[3]) surpassed $126,000.[4] While that is an impressive figure in absolute terms, it is even more impressive considering how much the value of bitcoin has increased over the years. When today's leading U.S.-based cryptocurrency exchange was founded in 2012, "a bitcoin was worth $6 and only known by a few nerds on the internet."[5] Just two years prior to that, 1 BTC was worth less than a penny: $0.0041. On May 22, 2010, in what is widely understood to be the first commercial Bitcoin transaction, Laszlo Hanyecz (one of Bitcoin's earliest developers and proponents) paid 10,000 BTC—worth about $41 at the time—for two Papa John's pizzas.[6] And only seven months before that, 1 BTC was worth just $0.00099. In the first ever exchange of bitcoin for U.S. dollars, Martti Malmi (Bitcoin's second developer after Satoshi Nakamoto) sold 5,050 BTC for $5.02 on October 12, 2009.[7] Following the meteoric rise of Bitcoin, had they kept them, Hanyecz's 10,000 BTC would have been worth over $1.26

---

[3] "BTC" is a common unit used to designate one bitcoin. *See* https://bitcoin.org/en/vocabulary#btc. Bitcoin can be transacted in units smaller than 1 BTC, in units of "satoshi," which is the smallest unit of bitcoin, equivalent to a one hundred millionth of a single bitcoin (0.00000001 BTC). *See* https://en.bitcoin.it/wiki/Satoshi_(unit).

[4] https://www.coinbase.com/price/bitcoin.

[5] https://www.cnbc.com/2021/04/14/coinbase-co-founders-launched-when-a-bitcoin-btc-was-worth-6.html (quoting Fred Ehrsam, co-founder of Coinbase).

[6] https://www.youtube.com/watch?v=tWU3O3X5kKE; https://www.coinbase.com/learn/crypto-glossary/what-is-bitcoin-pizza.

[7] https://bitcoinmagazine.com/markets/bitcoins-first-trade-now-worth-130-million.

billion in October 2025 and Malmi's 5,050 BTC would have been worth over $636 million. No other cryptocurrency has attained such incredible value.

8. Bitcoin is regarded as the first "cryptocurrency" and "remains by far the biggest, most influential, and best-known."[8] Other leading cryptocurrencies today include Ethereum, Tether, and Solana, which, although they are perhaps relatively well-known among those familiar with cryptocurrency, are worth orders of magnitude less than Bitcoin.[9] Thousands of cryptocurrencies exist today[10], but, as the Ethereum website acknowledges, it was all "pioneered by Bitcoin."[11]

9. While Bitcoin is the foundation of today's sprawling cryptocurrency market, the foundation of Bitcoin's trailblazing trustless digital currency model—its digital signature framework—uses cryptographic technology developed and patented by Certicom and Blackberry.[12] Bitcoin's adoption of this technology set a trend that has propagated throughout the cryptocurrency landscape. The Bitcoin mining industry has also adopted techniques developed by Certicom for efficiently processing cryptographic hash functions—part of a process for adding Bitcoin transactions to the blockchain and minting new bitcoin known as "mining."[13] Globally,

---

[8] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

[9] *See, e.g.*, *id.*; https://coinmarketcap.com/.

[10] For example, the Coinbase exchange lists hundreds of tradable crypto assets among thousands in existence. https://www.coinbase.com/explore.

[11] https://ethereum.org/what-is-ethereum/.

[12] https://bitcoin.org/bitcoin.pdf ("Bitcoin Whitepaper") at 1, 2, 8.

[13] https://bitcoin.org/en/vocabulary#mining

the Bitcoin mining industry processes over one sextillion ($10^{21}$ or 1,000,000,000,000,000,000,000) cryptographic hashes every second.[14]

***Bitcoin's Foundation is Certicom-Developed Cryptography***

10. The creation of Bitcoin is attributed to Satoshi Nakamoto ("Satoshi"), the presumed pseudonym used by the author[15] of a white paper titled "Bitcoin: A Peer-to-Peer Electronic Cash System," which was reportedly sent on October 31, 2008 to a small group of recipients on "The Cryptography Mailing List" using a pipermail message service hosted by metzdowd.com.[16] Satoshi's message included a link to the white paper, which was (and still is) hosted at bitcoin.org, a site "originally registered and owned by Bitcoin's first two developers, Satoshi Nakamoto and Martti Malmi."[17]

11. The first line of Satoshi's initial message to the "cryptography" community articulated the goal of Bitcoin: to provide "a new electronic cash system that's fully peer-to-peer, with no trusted third party."[18] This defining characteristic of Bitcoin is achieved using

---

[14] https://www.coinwarz.com/mining/bitcoin/hashrate-chart; https://thebitcoinmanual.com/articles/btc-hashrate-1-zetahash/

[15] Satoshi Nakamoto might be one or more persons. *See, e.g.*, https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html ("I've been working on a new electronic cash system…."); *id.* ("We propose a solution to the double-spending problem….").

[16] *See* Bitcoin Whitepaper; *see also* https://www.wired.com/story/after-10-years-bitcoin-changed-everything-nothing/.

[17] https://bitcoin.org/en/about-us#own; https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html.

[18] https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html; *see also* Bitcoin Whitepaper (abstract).

cryptography.[19] Specifically, "[d]igital signatures provide part of the solution."[20] As Satoshi explained in a February 11, 2009 message to another online community—the "p2p-research" mailing list—"[o]ne of the fundamental building blocks for such a system [as Bitcoin] is digital signatures."[21]

12. A digital signature is a cryptographic tool for verifying the authenticity of digital data (*i.e.*, validating its original source and genuineness) and its integrity (*i.e.*, that it is accurate, complete, and has not been tampered with).[22] In fact, a bitcoin is fundamentally just "a chain of digital signatures" recorded in a public history or "chain" of transactions. *See* Bitcoin Whitepaper at 2 ("We define an electronic coin as a chain of digital signatures. Each owner transfers the coin to the next by digitally signing a hash of the previous transaction and the public key of the next owner and adding these to the end of the coin."), 8 (describing "a peer-to-peer network using proof-of-work to record a public history of transactions").

---

[19] Bitcoin Whitepaper at 1 ("What is needed is an electronic payment system based on cryptographic proof instead of trust, allowing any two willing parties to transact directly with each other without the need for a trusted third party.").

[20] https://www.metzdowd.com/pipermail/cryptography/2008-October/014810.html (abstract); Bitcoin Whitepaper (abstract).

[21] https://satoshi.nakamotoinstitute.org/emails/p2p-research/35/.

[22] https://www.cisa.gov/news-events/news/understanding-digital-signatures.

**2. Transactions**

We define an electronic coin as a chain of digital signatures. Each owner transfers the coin to the next by digitally signing a hash of the previous transaction and the public key of the next owner and adding these to the end of the coin. A payee can verify the signatures to verify the chain of ownership.




Bitcoin Whitepaper at 2

*See also* https://satoshi.nakamotoinstitute.org/emails/p2p-research/35/ ("A digital coin contains the public key of its owner. To transfer it, the owner signs the coin together with the public key of the next owner. Anyone can check the signatures to verify the chain of ownership"). Specifically, as Satoshi explained to the "cryptography" community shortly after releasing the white paper but before releasing the first version of Bitcoin software, "it's ECC digital signatures."[23]

13. The acronym "ECC" stands for elliptic curve cryptography.[24] ECC "represents a different way to do public-key cryptography—an alternative to the older RSA system—and also offers certain advantages."[25] "ECC devices require less storage, less power, less memory, and less bandwidth than other systems. This allows you to implement cryptography in platforms that are constrained, such as wireless devices, handheld computers, smart cards, and thin-clients. It also

---

[23] https://satoshi.nakamotoinstitute.org/emails/cryptography/14/; *see also* https://satoshi.nakamotoinstitute.org/emails/cryptography/2/ (explaining that "ECC is nicely compact").

[24] https://en.bitcoin.it/wiki/Elliptic_curve_cryptography.

[25] https://www.certicom.com/content/certicom/en/the-basics-of-ecc.html.

provides a big win in situations where efficiency is important."[26] As explained by Certicom Corporation, "the authority for strong, efficient cryptography," when asymmetric cryptography (such as public-key cryptography) is desired "Elliptic curve cryptography (ECC) is the best choice, because" it "will give you the most security per bit."[27] For example, "ECC offers considerably greater security for a given key size" and enables "faster cryptographic operations, running on smaller chips or more compact software" resulting in "less heat production and less power consumption."[28]

14. ECC is also secure. In 1997, Certicom introduced the "Elliptic Curve Cryptosystem (ECC) Challenge" as a way "to increase industry understanding and appreciation for the difficulty of the elliptic curve discrete logarithm problem, and to encourage and stimulate further research in the security analysis of elliptic curve cryptosystems."[29] Certicom challenged participants to compute the ECC private key from a list of ECC public keys and associated parameters.[30] The challenge included relatively easier (Level I) challenges, some of which have been solved, and more difficult (Level II) challenges, which Certicom believed to be "computationally infeasible" and still have not been solved.[31]

15. As mentioned above, Bitcoin uses ECC digital signatures. Specifically, Bitcoin uses an elliptic curve digital signature algorithm ("ECDSA") with parameters known as

---

[26] *Id.*

[27] https://www.certicom.com/content/dam/certicom/images/pdfs/WP-ECCprimer.pdf at 3, 22.

[28] *Id.* at 3.

[29] https://www.certicom.com/content/certicom/en/the-certicom-ecc-challenge.html.

[30] *Id.*

[31] *Id.*

"secp256k1."[32] Secp256k1 is defined in a Standards for Efficient Cryptography (SEC) specification titled "SEC 2: Recommended Elliptic Curve Domain Parameters" (Version 2.0, Jan. 2010), which is a publication of the Standards for Efficient Cryptography Group (SECG).[33] The SEC 2 paper (Version 2.0) was generated by Certicom Research and identifies Dan Brown of Certicom as the main contact.[34] Dan Brown is a co-inventor of several of the Asserted Patents in this case. *See infra*.

16. Certicom—which was "[f]ounded in 1985, the same year Elliptic Curve Cryptography (ECC) was invented"—has a long been regarded as the leader in ECC technology.[35] Indeed, Scott Vanstone, who co-founded Certicom in 1985 with Gord Agnew and Ron Mullin, was an internationally recognized top ECC researcher and the recipient of prestigious awards and recognitions for his monumental and profound contributions in the field of ECC.[36] Vanstone authored numerous papers and was awarded hundreds of patents related to ECC.[37] To help drive ECC's commercial adoption, Certicom (with Vanstone) founded the SECG in 1998.[38] The purpose of the SECG is "to develop commercial standards that facilitate the adoption of efficient

---

[32] https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm; https://en.bitcoin.it/wiki/Secp256k1.

[33] https://www.secg.org/sec2-v2.pdf at 9.

[34] *Id.* (cover page).

[35] https://www.certicom.com/content/certicom/en/about.html.

[36] *See, e.g.*, https://www.certicom.com/content/certicom/en/about/news/release/2004/certicom-founder-scott-vanstone-wins-prestigious-research-award.html; https://www.certicom.com/content/certicom/en/about/news/release/2009/certicom-founder-wins-premiers-catalyst-award-for-lifetime-achie.html; https://uwaterloo.ca/news/profound-impact-researcher.

[37] *See id.*

[38] https://www.cnet.com/tech/tech-industry/certicom-creates-standards-body/.

cryptography and interoperability across a wide range of computing platforms."[39] "SECG members include leading technology companies and key industry players in the information security industry," including its founding member, Certicom.[40] Certicom's development of a standards body to promote ECC was welcomed by many in the cryptography industry. As the chief scientist of one security firm put it in 1998, "It's good news for the industry as a whole to move ECC forward because it is a promising technology."[41] In 2004, a professor at Texas Tech University (winner of the Certicom Elliptic Curve Cryptography (ECC)2-109 Challenge) said, "I think public-key cryptography based on ECC is what we should and will be moving toward."[42] Walt Davis, former senior vice-president at Motorola, told Vanstone that he believed "ECC was the only technology that would work in their constrained environments."[43]

17. Demonstrating its position as the leader in developing and promoting ECC technology, Certicom hosted the annual ECC Conference beginning in 2004, which "was designed to interest both a technical audience and business managers."[44] Vanstone recalled that the 2004 conference "was well-attended by cryptography experts, industry leaders and members of the developer community."[45] The conference also "held significant historical value," with "luminaries

---

[39] https://www.secg.org/.

[40] *Id.*; *see also* https://www.certicom.com/content/certicom/en/about/news/release/2005/standards-for-efficient-cryptography-group--secg--announce-new-i.html (identifying Certicom as "a founding member of SECG").

[41] https://www.cnet.com/tech/tech-industry/certicom-creates-standards-body/.

[42] https://www.metzdowd.com/pipermail/cryptography/2004-April/006798.html.

[43] https://www.certicom.com/content/certicom/en/code-and-cipher/article/529-reflections-the-year-that-was-.html.

[44] *Id.*

[45] *Id.*

such as Dr. Ralph Merkle, Dr. Neal Koblitz, Dr. Victor Miller and Dr. Walt Davis" in attendance.[46] Those luminaries were the pioneers of public key cryptography and ECC: Miller and Koblitz "independently invented elliptic curve cryptography"; Merkle was one of the inventors of public key cryptography; and Davis was a senior vice-president at Motorola who was an early advocate for ECC and recipient of the first ECC Visionary Award.[47] As a testament to Certicom's status as the unrivaled leader and authority in ECC research and development, industry members recognized Certicom as "the most commercial promoter of elliptic curve crypto."[48] Indeed, Certicom has been described as the "authority," "leader," and "expert" in the field of ECC.[49]

18. Resulting from its pioneering discoveries in ECC, Certicom is well known to have been the holder of many valuable patents covering certain implementations of ECC. For example, Bruce Schneier[50], an internationally renowned security technologist (known as the "security guru") and Adjunct Lecturer in Public Policy at the Harvard Kennedy School, once said that "Certicom certainly can claim ownership of ECC," noting that "[t]he algorithm was developed and patented by the company's founders, and the patents are well written and strong."[51] Certicom claimed to

---

[46] *Id*.

[47] *Id*.

[48] https://www.cnet.com/tech/tech-industry/certicom-creates-standards-body/.

[49] *See, e.g.*, https://www.metzdowd.com/pipermail/cryptography/2004-April/006798.html; https://news.profoundimpact.com/tag/dr-scott-vanstone/; https://cpl.thalesgroup.com/partners/rim-certicom.

[50] *See* https://web.archive.org/web/20250513035631/https://www.hks.harvard.edu/faculty/bruce-schneier; https://www.belfercenter.org/person/bruce-schneier.

[51] https://betanews.com/2007/05/30/certicom-patent-suit-against-sony-threatens-to-unravel-aacs/.

have had "the world's largest intellectual property portfolio for these types of [ECC] patents."[52] After acquiring Certicom, BlackBerry grew that portfolio to over 500 ECC patents.[53]

19. Satoshi chose Certicom's secp256k1 curve for Bitcoin's digital signature algorithm.[54] According to the Bitcoin wiki site, "secp256k1 was almost never used before Bitcoin became popular."[55] As one commentator said, "If it wasn't for Satoshi Nakamoto, you probably would never have heard of the secp256k1 Elliptic Curve Cryptography (ECC) method."[56] Even Dan Brown was surprised to learn that Bitcoin uses secp256k1 instead of other, more commonly used parameters.[57] Some suggest that Satoshi, having not received a recommendation for a specific curve, just "cc."[58] Others suggest that Satoshi relied on expert cryptographers in selecting secp256k1.[59]

20. Whatever the reason, Satoshi's choice of secp256k1 has proven to be well-liked by the Bitcoin community and the broader cryptocurrency community. The Bitcoin wiki site reports

---

[52] https://www.certicom.com/content/certicom/en/about/news/release/2007/certicom-announces-executive-changes.html.

[53] https://blackberry.certicom.com/en.

[54] *See, e.g.*, https://medium.com/asecuritysite-when-bob-met-alice/the-bluffers-guide-to-secp256k1-when-satoshi-said-goodbye-to-pki-bad327c4f079; https://news.ycombinator.com/item?id=28813291.

[55] https://en.bitcoin.it/wiki/Secp256k1.

[56] https://medium.com/asecuritysite-when-bob-met-alice/the-bluffers-guide-to-secp256k1-when-satoshi-said-goodbye-to-pki-bad327c4f079.

[57] https://bitcoinmagazine.com/technical/satoshis-genius-unexpected-ways-in-which-bitcoin-dodged-some-cryptographic-bullet-1382996984 (quoting Brown as saying "I did not know that BitCoin is using secp256k1. Indeed, I am surprised to see anybody use secp256k1 instead of secp256r1.").

[58] https://learnmeabitcoin.com/technical/cryptography/elliptic-curve/ (quoting email between Satoshi and Mike Hearn, a "Bitcoin developer" who published his emails with Satoshi).

[59] https://cointelegraph.com/news/satoshi-nakamoto-had-outside-cryptography-help-says-early-bitcoin-dev (citing Laszlo Hanyecz's account of his conversations with Satoshi).

that after Bitcoin's adoption of secp256k1, the curve "is now gaining in popularity due to its several nice properties."[60] Gregory Maxwell, a former Bitcoin developer, said in a public forum in October 2021 that Satoshi's choice of secp256k1 "was a good choice at the time, esp[ecially] now after the expiration of the GLV patent."[61] "The GLV patent" refers to another groundbreaking innovation by Certicom's in-house experts in elliptic curve cryptography, famously known as "GLV Endomorphism,"[62] which the Bitcoin community had been stalking for a decade or more after Hal Finney, foundational Bitcoin developer (and receiver of the first ever Bitcoin transaction), discovered in early 2011 that it can be used to speed up signature verifications by 25%.[63]

21. Finney, a well-known and highly respected cryptographer, posted on February 8, 2011 that he figured out a way to speed up ECDSA signature verification for the secp256k1 curve used by Bitcoin, based on techniques described in "Guide to Elliptic Curve Cryptography" by Hankerson, Menezes and Vanstone.[64] The "Vanstone" of the book's authoring trio is Scott Vanstone, co-founder of Certicom and co-inventor of several of the Asserted Patents in this case. The technique that Finney's post referred to is famously known among the Bitcoin community and elsewhere as "GLV Endomorphism" or the "GLV method," where "GLV" refers to the trio of Certicom innovators that came up with it: Robert Gallant, Robert Lambert, and Scott Vanstone.[65] All three were Certicom technologists and are co-inventors of several of the Asserted Patents in this case. It is widely reported that Finney's proposed inclusion of GLV Endomorphism in the

---

60 https://en.bitcoin.it/wiki/Secp256k1.

61 https://news.ycombinator.com/item?id=28813291.

62 The Asserted Patents' inventions are independent from and not described in the GLV patent.

63 https://btctimes.com/hal-finneys-proposal-for-optimizing-bitcoin-to-be-enabled-in-bitcoin-core/.

64 *Id.*; *see also* https://web.archive.org/web/20241203093903/https:/cointelegraph.com/news/one-of-hal-finney-s-lost-contributions-to-bitcoin-core-to-be-resurrected.

65 *See id.*

Bitcoin protocol, though it was eventually included in the Bitcoin Core software library named libscep256k1, was not officially implemented at the time because of concerns that it would infringe "the GLV patent," *i.e.*, U.S. Patent No. 7,110,538, which names Gallant, Lambert, and Vanstone as the inventors.[66] On the day the GLV patent expired, and over the days that followed, the Bitcoin community celebrated the anticipated inclusion of GLV Endomorphism in future Bitcoin Core releases.[67] In fact, on the day the GLV patent expired, the Bitcoin Core community began the process of deleting the "slower non-endomorphism code" and replacing it with the faster "GLV optimization," including by deleting the code that previously made GLV endomorphism optional, thereby enabling GLV Endomorphism by default.[68] Others in the Bitcoin community later confirmed Finney's observations that GLV Endomorphism results in significantly faster signature verifications (reportedly by 28%).[69] Following Bitcoin's lead, others in the crypto community followed suit in adopting GLV Endomorphism optimizations.[70]

22. While some people like Finney, Malmi, and Hearn are known as early Bitcoin developers, Satoshi Nakamoto is credited with creating the first Bitcoin client, *i.e.*, the first software implementing the Bitcoin protocol.[71] Satoshi announced the release of the first version of Bitcoin software to the "cryptography" community on January 8, 2009.[72] Satoshi's original

---

[66] *See id.*

[67] *See id.*

[68] https://github.com/bitcoin-core/secp256k1/pull/826 ("As the patent on the GLV optimization has expired, there is no need to keep the slower non-endomorphism code around anymore.").

[69] https://btctimes.com/bitcoin-upgrade-glv-enomorphism-tests-show-faster-verification/.

[70] *See* https://github.com/RustCrypto/elliptic-curves/issues/211 ("bitcoin-core/secp256k1 is now switching to the endomorphism implementation by default: bitcoin-core/secp256k1#826 I think it would make sense for us to do the same.").

[71] https://en.bitcoin.it/wiki/Satoshi_Nakamoto.

[72] https://satoshi.nakamotoinstitute.org/emails/cryptography/16/.

Bitcoin software is the foundation of today's *de facto* authoritative reference implementation of the Bitcoin protocol, known as "Bitcoin Core."[73] Bitcoin Core continues to implement ECC digital signatures using ECDSA with secp256k1.[74]

23. The public history of Bitcoin's development discussed above shows the impact that Certicom's innovations had on the shaping of Bitcoin and is a testament to the bona fides of Certicom's innovators as significant contributors to the advancement of important and valuable ECC technology.

24. The Bitcoin industry's use of Certicom innovations did not stop with digital signatures. The Bitcoin industry widely relies on patented Certicom innovations to efficiently hash new blocks to add them to the blockchain and "mine" new bitcoin. Bitcoin transactions are validated and added to the blockchain through this "mining" process, whereby transactions are added to blocks and operators of specialized mining computers race to solve a cryptographic puzzle that allows a next block to be added to the blockchain, entitling the winner to collect a "block reward."[75] This process is computationally intensive, thereby making it very difficult to tamper with the blockchain (*e.g.*, to modify or rewrite past transactions).[76] The computational intensity comes from a need to repeatedly perform a cryptographic hash function to discover a hash value that satisfies certain criteria, which some mining entities perform at the rate of "exahashes" per

---

[73] https://en.bitcoin.it/wiki/Bitcoin_Core (Bitcoin Core is "based on the original reference code by Satoshi Nakamoto"); https://bitcoincore.org/en/about/ ("[Bitcoin Core] is a direct descendant of the original Bitcoin software client released by Satoshi Nakamoto after he published the famous Bitcoin whitepaper.").

[74] https://en.bitcoin.it/wiki/Elliptic_Curve_Digital_Signature_Algorithm; https://en.bitcoin.it/wiki/Secp256k1.

[75] https://www.coinbase.com/learn/crypto-basics/how-do-cryptocurrency-miners-work; Bitcoin Whitepaper at 3 ("Proof-of-Work"), 5 ("Incentive"), 6-8 ("Calculations"); https://en.bitcoin.it/wiki/Block; https://en.bitcoin.it/wiki/Controlled_supply.

[76] Bitcoin Whitepaper at 3 ("Proof-of-Work"), 6-8 ("Calculations").

second (EH/s), *i.e.*, quintillions of hashes per second.[77] To do this, the Bitcoin industry relies on specialized mining computers containing application-specific integrated circuits ("ASICs") that are designed specifically (and typically, solely) for processing the SHA-256 hash function (a type of SHA-2 hash function) used by the Bitcoin network.[78] Before the advent of ASIC mining, Certicom invented techniques for processing SHA-2 hash functions faster and more efficiently.

25. On information and belief, several commonly used mining machines, including models made by Bitmain—a top manufacturer of bitcoin miners[79]—utilize the improved hash processing techniques developed and patented by Certicom.

***Blackberry Acquired Certicom Following Years-Long Alliance***

26. Blackberry was an early adopter of Certicom's ECC technology. In July 2000, in recognition of "Certicom's high performance, efficient ECC," Blackberry and Certicom entered into "an alliance which will enable RIM to utilize Certicom's elliptic curve cryptography (ECC) technology throughout its wireless product offerings."[80] Blackberry recognized that "Certicom's Elliptic Curve Cryptography (ECC) technology enables strong, high performance security for many pieces of the computing infrastructure," and that "Certicom's patented implementation of ECC technology provides a more efficient alternative to conventional public key cryptographic algorithms … allowing for faster processing speed, reduced bandwidth usage and decreased battery requirements."[81] Accordingly, BlackBerry entered into an "agreement with Certicom, a

---

[77] https://www.pcmag.com/encyclopedia/term/exahash.

[78] https://en.bitcoin.it/wiki/ASIC.

[79] https://www.bitmain.com/about; https://www.cryptominerbros.com/blog/most-profitable-bitcoin-mining-machines/.

[80] https://www.certicom.com/content/certicom/en/about/news/release/2000/research-in-motion-and-certicom-to-enable-trusted-mobile-commerc.html.

[81] *Id.*

leader in ECC wireless security technology, [to] enable [BlackBerry] to provide the market with the secure mobile devices they require for m-commerce transactions."[82]

27. In 2009, BlackBerry acquired Certicom, giving rise to BlackBerry Certicom, "the leader in applied cryptography and key management."[83] Certicom's industry-leading research and development continued under BlackBerry Certicom; together BlackBerry and Certicom continued innovating and improving ECC technology. As a result of its rich history in ECC technology development, "BlackBerry Certicom has industry leading expertise in Elliptic Curve Cryptography and has established the world's largest ECC-based patent portfolio."[84] Plaintiff Malikie now owns part of that portfolio, including the Asserted Patents.

***Cryptocurrency Basics***

28. Bitcoin paved the way for the thousands of cryptocurrencies that exist today. The term "cryptocurrency," or "crypto" for short, refers to a category of "digital money" that, like the fundamental purpose of Bitcoin, "makes it possible to transfer value online without the need for a middleman like a bank or payment processor."[85] Most cryptocurrencies, including Bitcoin, are decentralized (not managed or controlled by a government or other central authority), not backed by anything of independent value (such as gold), and not guaranteed by anyone (such as a government or bank). Instead, cryptocurrencies are managed by "peer-to-peer networks of computers running free, open-source software."[86] Specifically, cryptocurrency transactions are vetted and recorded using a technology called "blockchain," which is a decentralized database

---

[82] *Id.*

[83] https://www.certicom.com/content/certicom/en/about.html.

[84] *Id.*; *see* https://blackberry.certicom.com/en.

[85] https://www.coinbase.com/learn/crypto-basics/what-is-cryptocurrency.

[86] *Id.*

system that stores data in a distributed network of computers. This is in some ways analogous to the ledger of accounts and transactions maintained by a traditional financial intermediary (such as a bank or credit card company). However, unlike with a traditional intermediary where the security of transactions and accounts is vested solely in the intermediary (which requires its customers to trust the intermediary with their money), the security of blockchain transactions is effected by the use of cryptography and "consensus" mechanisms to ensure that a majority of the computers on the network agree that a transaction is valid before it is recorded (*i.e.*, deemed to have occurred).[87]

29. As the name suggests, cryptocurrencies fundamentally rely on concepts from cryptography and computer science to enable the creation of such decentralized, internet-based monetary systems that are secure. Indeed, as stated on the Ethereum website, the world's second most popular cryptocurrency, "[t]he reason assets such as bitcoin and ether are called 'cryptocurrencies' is that the security of your data and assets is guaranteed by cryptography, not by trusting an institution or corporation to act honestly."[88] Cryptocurrencies rely on cryptography (hence the name *crypto*currency) to protect participants' assets from theft and to protect the cryptocurrency system from dishonest or unauthorized manipulation that results in dilution of the currency (*e.g.*, double spending).[89] More fundamentally, cryptography is what enables cryptocurrencies like Bitcoin to be "trustless," *i.e.*, what allows cryptocurrency to be transacted securely (even between strangers) without the need for a trusted intermediary to verify and process payments.[90]

---

[87] *Id.*

[88] https://web.archive.org/web/20241216232605/https://ethereum.org/en/what-is-ethereum/ (answering "What is a cryptocurrency?"); *see also* https://www.coinbase.com/learn/crypto-basics/what-is-cryptography ("Cryptocurrencies are entirely based on cryptographic ideas.").

[89] *See* https://www.coinbase.com/learn/crypto-basics/what-is-cryptography.

[90] *See id.*

***Transactions***

30. The role of cryptography as a fundamentally enabling technology in cryptocurrencies like Bitcoin is evident in how cryptocurrency transactions are processed, *i.e.*, initiated, validated, and recorded in the blockchain. Unlike with typical currencies, where transactions transfer an amount of currency from one account to another that is redeemable in physical notes and coins, "cryptocurrency transactions are simply data entries recorded on an unchangeable, distributed ledger, referred to as a blockchain."[91] That is, with cryptocurrencies, "no cryptocurrency is actually exchanged between people. Instead, ownership data associated with both parties' crypto wallets is updated on the blockchain each time a transaction is processed."[92]

31. A cryptocurrency transaction—transferring crypto from the sender's digital wallet to the receiver's digital wallet—involves several steps. Using wallet software, a transaction (essentially, a bundle of data) is created that identifies the sender's address (using a public key), the recipient's address (also using a public key), and the amount of cryptocurrency to be sent.[93] The transaction requestor then creates a digital signature for the transaction with its private key and public key (which are cryptographically linked, as the private key is used to create the public key) and submits the signed transaction to the blockchain network for validation. By signing the transaction with its private key, the requestor proves to the receiving party and to the blockchain network that the transaction is valid. After the receiving party validates the transaction using the sender's public key, the transaction is broadcast to and propagated through the blockchain network, where a majority network nodes must independently verify that the transaction is valid in order for

---

[91] https://www.kraken.com/learn/how-do-cryptocurrency-transactions-work.

[92] *Id.*

[93] *Id.*

the transaction to be added to the next "block" of the blockchain and thus be permanently and irreversibly recorded.[94]

***Wallets***

32. A cryptocurrency "wallet" is a tool for interacting with a Blockchain network that allows a user to send and receive cryptocurrencies like Bitcoin.[95] A wallet is typically an application (software) that functions as a wallet for storing the user's private keys and provides interfaces to access and perform transactions with the user's cryptocurrency. Wallets can be custodial (keys are managed by a third party) or non-custodial (keys are managed solely by the user). Forms of hardware wallets also exist (*e.g.*, a USB drive wallet). Crypto wallets don't store the actual cryptocurrency (because the cryptocurrency exists as data in the blockchain) but instead store the public and private keys needed to carry out crypto transactions on the blockchain.[96]

***Private Keys and Public Keys***

33. Private keys and public keys are related but different pieces of information used in cryptocurrency transactions. They are part of a technique known as asymmetric cryptography, in which two keys are used: (1) a private key (possessed by only the entity wishing to prove its identity) and (2) a public key (possessed by any number of entities who wishes to verify the identity of the entity possessing the private key).[97] Unlike the alternative approach known as symmetric cryptography—in which a single key is used by both (or all) parties for their respective purposes, thereby preventing the key from being associated with a unique identity—asymmetric cryptography simplifies key exchange by reducing the number of keys needed to secure messages

---

[94] *See id.*

[95] https://www.investopedia.com/terms/b/bitcoin-wallet.asp.

[96] *See id.*

[97] https://www.certicom.com/content/dam/certicom/images/pdfs/WP-ECCprimer.pdf ("ECC Primer") at 4.

between parties and allows a message signature to be uniquely authenticated (*i.e.*, associated with the unique identity of the sender).[98]



**SYMMETRIC**
Symmetric cryptography has an equation of $\frac{n(n-1)}{2}$ for the number of keys needed. In a situation with 1000 users, that would mean **499,500 keys**.

**ASYMMETRIC**
Asymmetric cryptography, using key pairs for each of its users, has *n* as the number of key pairs needed. In a situation with 1000 users, that would mean **1000 key pairs**.

ECC Primer at 5

34. Importantly, while the public key can be used by an entity to verify that another possesses the corresponding private key, "you cannot derive the private key from the public. This is the critical feature of asymmetric cryptographic schemes that makes them so useful." ECC Primer at 4; *see also id.* ("The critical feature of asymmetric cryptography, that makes it useful, is this key pair—and more specifically, a particular feature of the key pair: the fact that one of the keys cannot be obtained from the other."). It is also "the core technology behind digital signatures." *Id*. "A digital signature is a transform performed on a message using the private key, whose integrity may be verified with the public key." *Id*. at 5.

---

[98] *Id*. at 4–5.




ECC Primer at 5

Elliptic curve cryptography (ECC) is an approach to doing asymmetric cryptography, including for use with digital signatures. *Id*.

35. Private and public keys form a related key-pair—a public key is generated from a private key through a one-way hash function (or "trapdoor function") that is relatively easy to solve in one direction but nearly impossible to solve in the other direction, making it nearly impossible to determine a private key from a public key.[99] *See also* ECC Primer at 6-7 ("In all asymmetric cryptographic schemes, this property—the property that one key is used for encryption, and another for decryption, and the decryption key cannot be found from the encryption key—is derived from the use of mathematical functions whose inverse is extremely difficult to calculate. You may understand an asymmetric cryptographic key pair as a pair of numbers which have some relationship associated with a mathematical function which is relatively easy to compute in one direction, but whose inverse is in practical terms intractable. This feature—the function which is tractable in one direction, but intractable in the other, is common to all asymmetric cryptosystems, including ECC."). This characteristic of asymmetric cryptography allows the sender of cryptocurrency to digitally sign a transaction using their unique and secret private key as proof of ownership, and it allows the recipient and blockchain nodes to verify the digital signature and validate the transaction using the sender's public key. Accordingly, in cryptocurrency transactions, public keys are used to identify the sending and receiving addresses

[99] https://www.ledger.com/academy/blockchain/what-are-public-keys-and-private-keys.

(akin to account numbers in a bank), and private keys are used to sign transactions when sending cryptocurrency to others (which can be verified by the receiver and the blockchain network using the sender's public key).[100]

***Blockchain***

36. Cryptocurrencies like Bitcoin are based on a technology called "blockchain."[101] A blockchain is essentially a distributed database that, in a cryptocurrency network like Bitcoin, contains a list or "ledger" of all historical transactions on the network (*i.e.*, a record of every time anyone sent or received bitcoin). The blockchain of a cryptocurrency like Bitcoin is in some ways akin to the ledger or balance sheet of a bank.

37. A blockchain network includes a number of distributed computers (called "nodes") that store a copy of the blockchain ledger and participate in the verification and recording of each transaction.[102] To become part of the blockchain ledger, a transaction must be transmitted to the network of nodes, which work to confirm the validity of the transaction using cryptographic algorithms. Valid transactions are collected into a fixed-size data file called a "block" (akin to a page of a ledger) that, once filled, is run through a cryptographic hash function (that is, the block is "hashed") to generate a unique hash value for that block. That block's hash value is included within the next block that is created so that when the next block is hashed, its hash value depends on the hash of the previous block, thereby creating an irreversible "chain" of blocks (hence the name "blockchain") as the process continues.[103] *See also* Bitcoin Whitepaper at 2–5.

---

[100] *See id.*

[101] *See* https://www.investopedia.com/terms/b/blockchain.asp.

[102] *See id.*

[103] *See id.*




Bitcoin Whitepaper at 3




Bitcoin Whitepaper at 5

38. The Bitcoin blockchain creates a chronological ledger of chained transactions where each new block depends on the information from all previous blocks, thereby making it nearly impossible to undo or manipulate historical transactions without permission.[104] *See also* Bitcoin Whitepaper at 2–3 ("Once the CPU effort has been expended to make it satisfy the proof-of-work, the block cannot be changed without redoing the work. As later blocks are chained after it, the work to change the block would include redoing all the blocks after it."), *id.* ("To modify a past block, an attacker would have to redo the proof-of-work of the block and all blocks after it and then catch up with and surpass the work of the honest nodes. We will show later that the

[104] *See id.*

probability of a slower attacker catching up diminishes exponentially as subsequent blocks are added.”).

***Bitcoin’s Consensus Mechanism: Proof of Work (“Mining”)***

39. “‘Proof of work’ and ‘proof of stake’ are the two major consensus mechanisms cryptocurrencies use to verify new transactions, add them to the blockchain, and create new tokens.”[105] “Proof of work, first pioneered by Bitcoin, uses mining to achieve those goals.”[106] In a proof of work blockchain, members of the network (“miners”) race against each other to be the first to solve a complex cryptographic math problem for determining a hash value associated with a particular block of transactions and present their solution to the network.[107] If the miner’s solution is verified by the network, the miner is allowed to create a new block (containing the transactions verified by the miner) and broadcast it to the network. The nodes on the network will then perform audits of the ledger and the new block, and if the auditing nodes agree, the new block is “chained” to the previous block (creating a chronological chain of transactions) and the miner is rewarded with a unit of “coin” (*i.e.*, cryptocurrency), consisting of a mining fee for solving the block, as well as transaction fees for processing the underlying transactions, as compensation for expending their resources (*e.g.*, energy) in the performance of this work. As the block chain grows, mining the next block to receive its reward becomes more computationally expensive (and therefore more resource intensive). Accordingly, the proof-of-work consensus model is more rewarding for those with more resources to deploy.[108]

---

[105] https://www.coinbase.com/learn/crypto-basics/what-is-proof-of-work-or-proof-of-stake.
[106] *Id*.
[107] *See id.*; Bitcoin Whitepaper at 3–4; https://www.investopedia.com/terms/b/blockchain.asp.
[108] *See id*.

***Hashing***

40. Part of the mining process includes repeatedly performing a cryptographic hash function to discover a hash value that solves the block puzzle. To do this, miners hash a group of data fields included at the beginning of a candidate block called the "block header," which includes a special field called the "nonce,"[109] and compare the resulting hash value to criteria specified by the Bitcoin network. If the hash value meets the criteria, the solution is valid and may be submitted to the network in exchange for a block reward. If the hash value does not satisfy the specified criteria, the miners change the nonce value and re-hash the block header. This process is repeated until a valid solution is discovered.[110] The rate at which individual mining machines can perform this hashing operation is often measured in terahashes per second (TH/s), *i.e.*, trillions of hashes per second.[111] For large mining entities, the rate at which they perform this hashing operation is often measures in "exahashes" per second (EH/s), *i.e.*, quintillions of hashes per second.[112] Miners typically perform this hashing operation using specialized mining computers that contain application-specific integrated circuits ("ASICs") that are designed specifically (and sometimes, solely) for processing the SHA-256 hash function (a type of SHA-2 hash function) used by the Bitcoin network.[113]

---

[109] The term "nonce" stands for "number used once." *See* http://learnmeabitcoin.com/technical/block/nonce/.

[110] https://medium.com/fcats-blockchain-incubator/understanding-the-bitcoin-blockchain-header-a2b0db06b515.

[111] https://www.coinwarz.com/mining/bitcoin/hardware.

[112] https://www.pcmag.com/encyclopedia/term/exahash.

[113] https://en.bitcoin.it/wiki/ASIC.

***Pool Mining***

41. "A mining pool is the consolidation of computational power amongst a group of cryptocurrency miners (nodes) who work collectively to solve mathematical problems in order to better their chances of receiving rewards."[114] "Pooled mining is a way for individual miners to combine their hash power so that they can mine as if they are one big miner. The individual miners … share in the reward of any blocks found by the combined pool, adjusted by their contributed share of the hash power."[115] In other words, "[i]nstead of each miner working alone to solve complex mathematical problems (which is how new Bitcoin is created), a group of miners combine their computational power. When the pool successfully mines a Bitcoin block, the reward is distributed among all members according to the work each one provided."[116]

**Foundry Operates One of the World's Largest Bitcoin Mining Pools**

42. Non-party Foundry Digital LLC ("Foundry") styles itself as "The world's #1 Bitcoin mining pool."[117] Foundry's CEO, Mike Colyer, recently described the Foundry USA Pool as "the biggest pool in the world."[118] Over the past year, the Foundry USA Pool has been responsible for over 30% of the global Bitcoin hashrate, amounting to over 290 exahashes per second (EH/s)—that's 290 quintillion (290,000,000,000,000,000,000) cryptographic calculations per second.[119] Since 2020, Foundry has won over 62,000 blocks.[120] In October 2025 alone,

[114] https://crypto.com/glossary/mining-pool.

[115] https://bitcoinmagazine.com/guides/what-are-bitcoin-mining-pools.

[116] https://www.blockchain-council.org/bitcoin/pros-and-cons-of-joining-a-bitcoin-mining-pool/.

[117] https://foundrydigital.com/enterprise-software/foundry-usa-pool/.

[118] https://www.youtube.com/watch?v=lWcdrepehsM at 19:36-40 ("We never anticipated being the biggest pool in the world, but here we are.").

[119] *See, e.g.*, https://hashrateindex.com/hashrate/pools.

[120] https://mempool.space/mining/pool/foundryusa.

Foundry's blocks included over 4.9 million transactions.[121] And in November 2025, Foundry's blocks included over 4 million transactions.[122]




https://hashrateindex.com/hashrate/pools (accessed Nov. 20, 2025)

43. The Foundry USA Pool is a bitcoin "mining pool," *i.e.*, it is "a group of miners who combine their computing power to solve the mathematical equations required to add new blocks to the blockchain."[123] Pool operators like Foundry orchestrate groups of miners who join the pool as "members" to contribute their computational resources (*e.g.*, hashrate) toward solving the puzzle required to create new blocks, and share the block rewards.[124] For example, on information

---

[121] *Id.*

[122] *Id.*

[123] https://medium.com/foundry-digital/how-luck-impacts-bitcoin-miner-success-31d7f346ced6

[124] https://foundrydigital.com/enterprise-software/foundry-usa-pool/; https://www.sec.gov/Archives/edgar/data/1083301/000110465923009266/tm234968d1_ex10-1.htm; https://foundrydigital.com/terms-and-conditions/; https://www.chainalysis.com/blog/crypto-mining-pools/; https://www.investopedia.com/terms/m/mining-pool.asp.

and belief, Fortitude is a member of the Foundry USA Pool.[125] In a mining pool, the pool operator sends "shares" of work to each member (*e.g.*, a range of nonces to hash), and as the members complete their shares, they submit the results to the pool operator.[126] The pool operator uses the aggregated computing power of its members to operate nodes and validate blocks on the Bitcoin blockchain, and it distributes pro-rata shares of the proceeds (*e.g.*, block rewards and transaction fees) to its members based on the computing power each contributes (*e.g.*, the number of shares a member submits), less a fee retained by the pool operator.[127] Foundry performs daily payout calculations according to a Full-Pay-Per-Share (FPPS) methodology, whereby Foundry divides the block rewards and transaction fees earned by the pool among its members, less an operating fee retained by Foundry.[128]

44. The Foundry USA Pool mines over 30% of the blocks on the Bitcoin network,[129] and it has earned over 322,820 BTC in mining rewards since 2020.[130] Using the average daily

---

[125] *See* https://intel.arkm.com/explorer/entity/riot-platforms (showing transactions from Foundry to Riot); Cipher 2025 10-K at 63, F-18 (Cipher's 10-K describing pool mining with Foundry); https://intel.arkm.com/explorer/entity/cipher-mining (showing transactions from Foundry to Cipher); https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets (recently spun out, Fortitude was "the self-mining division of Foundry," the operator of "the #1 Bitcoin mining pool in the world," and continues to mine bitcoin).

[126] https://www.investopedia.com/terms/m/mining-pool.asp; https://www.chainalysis.com/blog/crypto-mining-pools/.

[127] *See* https://www.sec.gov/Archives/edgar/data/1964789/000155837024004176/hut-20231231x10kt.htm, at 41.

[128] *See, e.g.*, https://www.sec.gov/Archives/edgar/data/1964789/000155837024004176/hut-20231231x10kt.htm, at 108; https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology.

[129] *See, e.g.*, https://mempool.space/graphs/mining/pools.

[130] *See, e.g.*, https://mempool.space/mining/pool/foundryusa.

price of bitcoin since 2020 (approximately 46,790[131]), that would be worth over $15 billion. Using the recent all-time high price of bitcoin in October 2025 (approximately 126,000[132]), the value is north of $40 billion.



https://mempool.space/graphs/mining/pools#1y

[131] Based on values reported at https://www.investing.com/crypto/bitcoin/historical-data.

[132] As reported at https://www.coinbase.com/price/bitcoin.




https://mempool.space/mining/pool/foundryusa.

45. In addition to managing the Foundry USA Pool, Foundry was also an institutional grade bitcoin miner itself. [133] Foundry was "launched in 2020 by Digital Currency Group" to meet "growing demand for institutional infrastructure in mining and network operations."[134] At least as early as Q3 2020, "Foundry claim[ed] to already be one of the largest Bitcoin miners in North America."[135] During a recent interview, Foundry's CEO, Mike Colyer, recalled that, at least in the United States, Foundry was "the biggest bitcoin miner in 2021."[136] On information and belief, Foundry's self-mining operations continued through 2025 and were only recently spun off into a

[133] *See, e.g.*, https://web.archive.org/web/20251111165806/https:/foundrydigital.com/site-operations/ ("**We, like you, are miners**. We apply our vast experience to each client site, giving us an advantage over other operators." (emphasis added)).

[134] https://cryptoslate.com/companies/foundry/

[135] https://www.crowdfundinsider.com/2020/08/165819-time-to-mine-dcg-reveals-crypto-mining-subsidiary-foundry/

[136] https://www.youtube.com/watch?v=lWcdrepehsM at 17:54-47 ("We were the biggest bitcoin miner in 2021.")

new subsidiary of Digital Currency Group (Foundry's parent company), called Fortitude Mining.[137]

**Fortitude Is a Member of the Foundry USA Pool and Is Among the World's Largest Bitcoin Miners**

46. Fortitude Mining was "the self-mining division of Foundry," which was "spun out as a standalone business" and is "wholly-owned by DCG."[138] According to its website, "Fortitude Mining's Bitcoin fleet of miners is on par with the best capitalized public miners."[139] Fortitude Mining "focuses on achieving strong returns by mining Bitcoin and other high-growth digital assets," operating "a best-in-class mining fleet" that it maintains through ongoing investment "into new machine purchases and site acquisitions." [140] Fortitude's CEO, Andrea Childs, was Foundry's second employee and served as its Senior Vice President of Operations & Marketing before joining Fortitude.[141]

---

[137] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets ("'Mike Colyer built a successful self-mining business as part of the broader Foundry portfolio, featuring a best-in-class mining fleet and significant revenues in 2024,' said Barry Silbert, Founder & CEO, DCG. 'With this strong foundation, spinning out Fortitude Mining as the leading venture miner provides greater growth opportunities to further scale the business, including raising capital, making additional investments, and attracting top-tier talent.'").

[138] https://fortitudemining.com/; https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[139] *Id.*

[140] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[141] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets; https://fortitudemining.com/our-team/.

47. According to a DCG[142] press release, Fortitude is "the leading venture miner" and "invested significant capital into new machines in 2024, ensuring a maintained best-in-class fleet efficiency."[143] The press release further states that "Fortitude Mining plans to reinvest cash flows into new machine purchases and site acquisitions in 2025."[144] Fortitude reportedly assumed "Foundry's former self-mining operations and physical infrastructure."[145]

48. On information and belief, Fortitude is a member of the Foundry USA Pool. For example, on information and belief, Foundry contributed its self-mining operations to the Foundry USA Pool. Fortitude, which was "the self-mining division of Foundry,"[146] was spun out as a standalone company and has reportedly assumed Foundry's mining operations and physical infrastructure.[147] For instance, on information and belief, Fortitude has assumed Foundry's mining operations in Big Spring, Texas,[148] which Foundry acquired from its "longtime partner," Compute

---

[142] DCG is Digital Currency Group, the parent company of Foundry and Fortitude.

[143] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[144] *Id.*

[145] https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/.

[146] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[147] https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/.

[148] https://www.binance.com/en/square/post/12-12-2024-digital-currency-group-splits-foundry-mining-operations-into-two-entities-17456455903473 ("Fortitude Mining will take over Foundry's previous self-mining activities and physical infrastructure, while Foundry will continue to manage its mining pool operations and other Bitcoin mining services."); https://www.facebook.com/KBestMedia/photos/big-spring-city-council-to-meet-for-a-regular-meeting-tonight-032525big-spring-t/1269388795187608/; *see also* https://medium.com/foundry-digital/operational-excellence-its-not-just-a-job-it-s-a-mission-155c0162e896 (noting a partnership between Foundry OptiFleet™ and Fortitude Mining in Texas).

North.[149] On information and belief, Fortitude presently operates over 60 megawatts of capacity across seven sites located in South Dakota, Nebraska, Texas, and New York.[150]

**Defendant's Use of the Patented Technologies**

49. On information and belief, Fortitude engages and has engaged in bitcoin mining.[151] For example, Fortitude's website states that it "has a 5-year history as the self-mining division of Foundry."[152] In January 2025, DCG publicly announced that Fortitude was being spun out as a wholly-owned subsidiary, describing it as "the leading venture miner."[153] According to the announcement, "Fortitude Mining focuses on achieving strong returns by mining Bitcoin."[154]

---

[149] https://www.prnewswire.com/news-releases/foundry-to-acquire-two-turnkey-mining-facilities-from-compute-north-plus-right-to-acquire-third-facility-under-development-301685734.html.

[150] https://fortitudemining.com/ ("60+ MW" across "seven U.S. sites"); *see also* https://heartsciences.com/fortitude-energizes-12-mw-grand-island-nebraska-facility-expanding-owned-and-operated-power-portfolio/ ("over 60 MW across seven sites in South Dakota, Nebraska, Texas, and New York").

[151] https://fortitudemining.com/ ("DCG announces the launch of Fortitude Mining as a wholly owned subsidiary, spun out from Foundry's self-mining division to pursue a venture mining approach across Bitcoin and other high-growth proof-of-work assets.").

[152] *Id.*; *see also* https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets ("Built on the success of its five-year history as the self-mining division of Foundry, … Fortitude Mining focuses on achieving strong returns by mining Bitcoin and other high-growth digital assets in emerging ecosystems with attractive return profiles.").

[153] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets; https://blockspace.media/insight/dcg-creates-new-company-fortitude-from-foundrys-self-mining-business/ ("Public records from the Delaware Department of State show that an entity named Fortitude Mining, LLC was formed on June 18, 2024."); https://news.bitcoin.com/dcg-spins-off-fortitude-mining-to-focus-on-digital-asset-ventures/; https://www.coindesk.com/business/2025/01/29/digital-currency-group-spins-off-crypto-mining-subsidiary-fortitude-from-foundry.

[154] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

50. On information and belief, Fortitude engages and has engaged in bitcoin mining using specialized mining computers and other equipment. For example, DCG's announcement suggests that Fortitude was spun out with Foundry's "best-in-class mining fleet,"[155] which, on information and belief, includes mining machines manufactured by Bitmain, among other manufacturers. DCG's announcement also states that Fortitude "invested significant capital into new machines in 2024" and "plans to reinvest cash flows into new machine purchases and site acquisitions in 2025."[156] As one example, Fortitude has reportedly purchased Auradine bitcoin miners.[157]

51. On information and belief, Fortitude is responsible for the generation of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1. For example, on information and belief, Fortitude participates in mining pools (*e.g.*, the Foundry USA Pool) that results in payout transactions being generated.[158]

52. On information and belief, Fortitude is responsible for the verification of digital signatures, including digital signatures consistent with the Bitcoin protocol using ECDSA and secp256k1. For example, on information and belief, Fortitude participates in mining pools (*e.g.*, the Foundry USA Pool) that encourages the verification of digital signatures associated with

---

[155] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[156] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets.

[157] https://www.linkedin.com/posts/auradine_bitcoinmining-auradine-teraflux-activity-7346160777914945536-WqOa/ ("Fortitude Mining has purchased its first batch of Auradine Teraflux AT2880 air-cooled Bitcoin miners, and we could not be more thrilled!").

[158] https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology.

Bitcoin transactions.[159] As another example, on information and belief, when Fortitude commences or authorizes a Bitcoin transaction, transaction fees are paid that encourage the verification of digital signatures associated with the transaction and the transaction's inclusion in a block.[160]

53. On information and belief, Fortitude uses digital asset wallets for receiving and transferring bitcoin. For example, on information and belief, a wallet address is required to receive (and subsequently transfer) payouts from mining pools, such as Foundry USA Pool.[161]

54. Fortitude began engaging in the foregoing infringing activities years after Certicom and BlackBerry invented and received patents covering the ECC technologies at issue in this action. Indeed, most of these innovations were already incorporated into the Bitcoin protocol and architecture by the time Fortitude began its Bitcoin mining operations as a stand-alone business in 2025.

## PATENTS IN SUIT

55. Malikie is the assignee of and owns all right and title to U.S. Patent Nos. 8,532,286 (the "'286 Patent") and 8,712,039 (the "'039 Patent") (collectively, the "Asserted Patents").

---

[159] https://www.jbs.cam.ac.uk/wp-content/uploads/2025/04/2025-04-cambridge-digital-mining-industry-report.pdf at 32-33, 40.

[160] https://en.bitcoin.it/wiki/Miner_fees; https://river.com/learn/how-bitcoin-fees-work/ ("Transaction fees incentivize miners to validate transactions and subsidize the diminishing block subsidy, helping support network security by keeping miners profitable."); https://strike.me/en/learn/what-are-bitcoin-fees/ ("Bitcoin fees (aka transaction fees or on-chain fees) are an amount of bitcoin paid to miners as an incentive to include a transaction on the blockchain.")

[161] *See, e.g.*, https://pool-faq.foundrydigital.com/what-is-foundry-usa-pools-payout-methodology (whitelisted wallet addresses required for auto withdrawal); https://pool-faq.foundrydigital.com/how-do-i-create-a-subaccount (payout address needed to create sub-account); https://pool-faq.foundrydigital.com/how-can-we-change-the-payout-address (instructions for adding a payout address).

56. The Asserted Patents, now owned by Malikie, were originally assigned to Certicom. Their inventors are former Certicom employees who spearheaded Certicom's industry-leading research and development in elliptic curve cryptography, applied cryptography and key management, and other data security technologies. After a longstanding alliance between BlackBerry and Certicom that enabled BlackBerry to utilize Certicom's elliptic curve cryptography technology in its products, BlackBerry acquired Certicom in 2009.[162] Through its acquisition of Certicom and continued research and development in ECC, key management, and other aspects of data security, BlackBerry amassed "the world's largest ECC-based patent portfolio,"[163] which grew to include over 500 ECC patents[164].

57. Certicom and BlackBerry developed numerous innovative and diverse technologies, including groundbreaking inventions pertaining to generating and verifying digital signatures and related cryptographic and data security technology. Some of these groundbreaking inventions are described and claimed in certain of the Asserted Patents.

**<u>The "Improved Modular Reduction" Patent ('286)</u>**

58. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

59. The '286 Patent, entitled "System and Method for Reducing the Computation and Storage Requirements for a Montgomery-Style Reduction," was duly and lawfully issued on September 10, 2013. A true and correct copy of the '286 Patent is attached hereto as Exhibit 1. The application for the '286 Patent was filed on July 19, 2010, and claims the benefit of priority of Provisional App. No. 61/226,427, filed on July 17, 2009.

---

[162] *See* https://www.certicom.com/content/certicom/en/about.html; https://www.certicom.com/content/certicom/en/about/news/release/2000/research-in-motion-and-certicom-to-enable-trusted-mobile-commerc.html.

[163] https://www.certicom.com/content/certicom/en/about.html.

[164] https://blackberry.certicom.com/en; https://www.certicom.com/.

60. The ’286 Patent has been and continues to be in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the ’268 Patent, including the right to seek damages for any infringement thereof.

61. The ’286 Patent relates generally to systems and methods for reducing the computation and storage requirements for a Montgomery style reduction (a form of modular arithmetic). *See*, *e.g.*, Ex. 1 at 1:13–16; *see also id.*, Abstract.

62. The patent teaches that “[i]n cryptography, e.g. public key cryptography, operations such as multiplication or exponentiation of integers in some group $Z_n$, may be required, where modular arithmetic is used to operate on the integers.” Ex. 1 at 1:20–30. “For example, to multiply two numbers modulo some [number] n, the classical approach is to first perform the multiplication and then calculate the remainder.”[165] *Id*. The patent teaches that “[a]lthough the classical approach is simple for basic operations such as in multi-precision calculations and does not require precomputation, the step of calculating the remainder is considered slow.” *Id*. “The calculation of the remainder is referred to as reduction in modular arithmetic.” *Id*.

63. The patent further teaches that “[i]n Montgomery reduction, calculations with respect to a modulus n are carried out with the aid of an auxiliary number R called the Montgomery radix or base.” Ex. 1 at 1:47–64. For example, “[t]he Montgomery reduction of a number a with radix R and prime modulus n is the quantity given by $aR^{-1}$ mod n.” *Id*.

64. “In a given cryptographic system,” the patent teaches, “a computational engine may be used for calculating the Montgomery product of two numbers, this engine being sometimes

---

[165] The term “modulo” means to calculate the remainder after dividing one number by another. *See*, *e.g.*, https://www.mathsisfun.com/definitions/modulo-operation.html; *see also* https://en.wikipedia.org/wiki/Modulo (“In computing and mathematics, the modulo operation returns the remainder or signed remainder of a division, after one number is divided by another, the latter being called the modulus of the operation.”

referred to as a Montgomery engine or Montgomery machine." Ex. 1 at 1:65–2:13. The patent further teaches that "[t]he engine may be implemented in a hardware or software module and operates on a set of parameters to produce a result." *Id.* For example, using a Montgomery engine, "Montgomery multiplication may proceed as follows:

1. $c \leftarrow 0$, where c will hold the result $abR^{-1}$ mod n and $c = (c_k c_{k-1} \ldots c_1 c_0)$.

2. For i from 0 to (k-1) do the following:
2.1 $m \leftarrow (c_0 + a_i, b_o)\mu \bmod 2^w$; and
2.2 $c \leftarrow (c + a_i b + mn)/2^w$

3. If $c \geqq n$ then $c \leftarrow c - n$

4. Return (c)."

Ex. 1 at 2:14–33.

65. "In Montgomery reduction, the value μ is used to zero w least significant bits of a value a," whereby "[f]irst, a multiplier $m=\mu a \bmod 2^w$ is computed," where "[t]he value m has at most w bits." Ex. 1 at 2:47–53. "Adding a+mn will zero w least significant bits of a, and a may be shifted down w bits." *Id.* "Since typically L=kw, where k is the number of w-bit words in R[,] this operation is repeated k times to effect the Montgomery reduction $aR^{-1}$ mod n." *Id.*

66. The patent teaches that "efficiency may be increased by pre-computing certain fixed values to be used in the calculations," where "[s]uch values include $\mu=(-n)^{-1} \bmod 2^w$, for some w typically being the bit size of a word (or block) of the value (or perhaps the entire value) being operated on; and $R^2$ mod n." Ex. 1 at 2:34–46.

67. The patent further teaches that "[i]n a register-based processor, registers are typically used to hold components of the value to be reduced, namely the precomputed value μ and the modulus n." Ex. 1 at 2:59–61.

68. The inventors recognized these technological problems and discovered improvements in modular reduction engines for computers (e.g., Montgomery engines) to address them. *See*, *e.g.*, Ex. 1 at 3:21–45, 5:28–36, 3:40–45, 5:24–35, 5:45–6:19, 6:51–65.

69. For example, the patent teaches techniques for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation that includes obtaining an operand for the cryptographic operation; computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than per form a cancellation thereof, where the reduction value is a function of the modulus; and outputting the modified operand. *See*, *e.g.*, Ex. 1 at 4:40–6:65. The patent teaches that such inventive techniques can reduce the number of multiplications and registers needed to effect the modular reduction, thereby providing a new and inventive technique for efficient modular reduction machines.[166] *See*, *e.g.*, *id.* at 3:40–42, 5:28–36, 6:2–19, 6:51–65. For example, the patent teaches that "[i]n a machine 22 that has a limited number of registers and/or computational capabilities, it is desirable to reduce both the number of stored values and the number of computations," and that "[t]o avoid having to store both μ and n, it has been recognized by the inventor that a modified reduction value or a logical shift or signed version of such a value can be used in place of μ and n for the bulk of the low-order reduction." *Id.* at 5:28–36. The patent also teaches that the inventive technique "avoids both the multiplication necessary to compute m and the storage required for μ" and that the modified reduction value "does not require more registers than would be needed" otherwise. *Id.* at 6:2–19.

[166] A register is hardware in a CPU for temporary storage of data during program execution. *See*, *e.g.*, https://techterms.com/definition/register; https://www.allaboutcircuits.com/video-lectures/internal-registers-alu/; https://gunkies.org/wiki/Register; https://www.theiotacademy.co/blog/registers-in-cpu/.

The patent further teaches that the inventors observed significant benefits of the inventive techniques when used, for example, to perform ECC operations using resource-constrained computer processor architectures (*e.g.*, "the popular ARM architecture"). *Id.* at 6:51–65.

**The "Improved Hash Processing Patent" ('039)**

70. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

71. The '039 Patent, entitled "Efficient Implementation of Hash Algorithm on a Processor," was duly and lawfully issued on April 29, 2014. A true and correct copy of the '039 Patent is attached hereto as Exhibit 2. The application for the '039 Patent was filed on April 5, 2012, and claims the benefit of priority of Provisional App. No. 61/472,422, filed on April 6, 2011.

72. The '039 Patent has been and continues to be in full force and effect since its issuance. Malikie owns by assignment the entire right and title in and to the '039 Patent, including the right to seek damages for any infringement thereof.

73. The '039 Patent relates generally to systems and methods for efficient implementations of hash algorithms on a computer processor, including techniques for utilizing a processor's registers to efficiently perform multiple iterations of SHA-2 family secure hash algorithms. *See*, *e.g.*, Ex. 2 at 1:17-20, 1:39-54, 2:8-20; *see also id*., Abstract.

74. The patent teaches that an issue related to processing secure hash algorithms, such as secure hash algorithms in the SHA-2 family[167], is that implementing such secure hash algorithms on advanced processor architectures, such as ARM processors, is challenging because the number of available registers is insufficient to store the entire state of the secure hash algorithm, such that "only portions of it at a time would be loaded into them and undergo the necessary

[167] The SHA-2 family includes, for example, SHA-256, SHA-384, and SHA-512, among others. *See* https://csrc.nist.gov/projects/hash-functions/nist-policy-on-hash-functions; https://csrc.nist.gov/files/pubs/fips/180-3/final/docs/fips180-3_final.pdf at 3.

calculations before being stored back on the stack." *Id.* at 1:39-54. The patent teaches that "[t]he challenge lies in optimizing the registers utilization and minimizing the relatively lengthy load operations." *Id.*

75. The inventors recognized these technological problems and discovered improved ways to implement secure hash algorithms in computer processors to address them. *See, e.g.*, Ex. 2 at 2:8-20, 2:65-5:49. For example, the patent teaches methods and systems for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, comprising categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations, reversing a sequence of computations in the even iterations to those in the odd iterations that results in an average number of words that need to be loaded into the registers per iteration being reduced by at least one-half compared to the original secure hash algorithm, and combining an even iteration and odd iteration to provide a new iteration of a loop. *See, e.g.*, 2:8-20, 2:65-5:49, 11:38-49. For example, the patent teaches that in certain embodiments, words may be 64 bits long while the processor registers are 32 bits long. *Id.* at 3:1-3. The state of every iteration of the secure hash algorithm may include, for example, eight 64-bit words (*e.g.*, A-H) such that the block to be hashed includes sixteen 64-bit words. *Id.* at 3:4-9. Whereas with an original secure hash algorithm all the values of words A-H require load operations from the stack into the registers to undergo the specified functions, "[t]he present embodiment minimizes the number of load instructions required in every iteration by reusing values from the previous iteration that are still in the registers," which "is achieved by categorizing, and unrolling, the algorithm iterations into even and odd ones, where the sequence of computation in the even iteration is reversed." *Id.* at 3:49-58. The inventive techniques of the '039 patent allow the average

number of words loaded per original iteration to be reduced, for example, in some embodiments, from eight (sixteen 32-bit loads) to four (eight 32-bit loads). *Id.* at 4:60-63.

## JURISDICTION AND VENUE

76. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

77. This civil action arises under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*, including without limitation 35 U.S.C. §§ 271, 281, 283, 284, and 285. This is a patent infringement lawsuit over which this Court has subject matter jurisdiction under, *inter alia*, 28 U.S.C. §§ 1331, 1332, and 1338(a).

78. This Court has general and specific personal jurisdiction over Fortitude because Fortitude resides in this District, where it is headquartered and maintains its principal place of business, and because, directly or through intermediaries, Fortitude has committed acts within this District giving rise to this action; is present in and transacts and conducts business, directly and/or indirectly, in this District and the State of New York; and transacts and conducts business with residents of this District and the State of New York.

79. Plaintiffs' causes of action arise, at least in part, from Fortitude's contacts with and activities in and/or directed at this District and the State of New York. On information and belief, Fortitude's corporate headquarters and principal place of business are located at 45 O'Connor Road, Fairport, New York 14450, which is in Monroe County and within this Judicial District. Fortitude issues its corporate announcements from Fairport, New York, and its press releases bear a "FAIRPORT, N.Y." dateline.[168] Fortitude's own website describes the company as a "New York

---

[168] *See, e.g.*, https://heartsciences.com/fortitude-energizes-12-mw-grand-island-nebraska-facility-expanding-owned-and-operated-power-portfolio/ ("FAIRPORT, N.Y.—(BUSINESS WIRE)—Fortitude Mining Holdings, Inc. … today announced …").

data mining company," and Fortitude has been publicly identified as "Fortitude Mining of Fairport, New York."[169]

80. On information and belief, Fortitude is a Delaware limited liability company that has been authorized to do business in the State of New York. On information and belief, Fortitude employs personnel in this Judicial District and performs its corporate functions here. For example, Fortitude has advertised open corporate positions based in Fairport, New York, including an "Accounts Payable Analyst" position located in "Fairport, New York, United States."[170]

81. On information and belief, Fortitude directs, controls, and conducts from its New York headquarters in this Judicial District the business activities accused of infringement in this action, including its ownership and operation of its fleet of bitcoin mining machines and its mining sites. On information and belief, Fortitude was spun out of Foundry, which is itself headquartered in this Judicial District at 1100 Pittsford Victor Road, Pittsford, New York 14534, as a wholly-owned subsidiary of Digital Currency Group, and assumed Foundry's former self-mining operations and physical infrastructure.[171]

82. On information and belief, Fortitude has purposefully availed itself of the privilege of conducting business in the State of New York and of the protection of its laws, including by establishing and maintaining its principal place of business in this District.

---

[169] *See* https://fortitudemining.com/ (press item describing Fortitude as a "New York data mining company"); https://krny.com/2026/06/26/city-utilities-director-ryan-schmitz-comments-about-new-g-i-data-center/ ("Fortitude Mining of Fairport, New York, owns the data center").

[170] *See* https://fortitudemining.com/careers/ (listing, under "Corporate," an open "Accounts Payable Analyst" position located in "Fairport, New York, United States").

[171] https://www.businesswire.com/news/home/20250129138884/en/DCG-Launches-Fortitude-Mining-A-New-Venture-Mining-Subsidiary-Targeting-High-Growth-Digital-Assets ("DCG today announced the launch of Fortitude Mining, a wholly-owned subsidiary … Built on the success of its five-year history as the self-mining division of Foundry …").

83. Fortitude has infringed the Asserted Patents within this District and the State of New York by making, using, selling, offering for sale, and/or importing or by having made, used, sold, offered for sale, and/or imported in or into this District and elsewhere in the State of New York, products and services covered by claims in the Asserted Patents, including without limitation products that, when made or used, practice the claimed methods of the Asserted Patents. Fortitude, directly and through intermediaries, has and continues to make, use, sell, offer for sale, import, ship, distribute, advertise, promote, and/or otherwise commercialize such infringing products and services in or into this District and the State of New York. Fortitude regularly conducts and solicits business in, engages in other persistent courses of conduct in, and/or derives substantial revenue from goods and services provided to residents of this District and the State of New York.

84. This Court has personal jurisdiction over Fortitude pursuant to N.Y. C.P.L.R. §§ 301 and 302.

85. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

86. Fortitude is doing business, either directly or through its agents, on an ongoing basis in this Judicial District and elsewhere in the United States, and has committed and continues to commit acts of infringement in this District. Fortitude resides in this District for purposes of 28 U.S.C. § 1400(b) because it has a regular and established place of business in this Judicial District, namely its corporate headquarters at 45 O'Connor Road, Fairport, New York 14450, as alleged above, which is a physical place in this District, is regular and established, and is the place of Fortitude. On information and belief, Fortitude has and continues to make, use, sell, offer to sell, and/or import infringing products and services into and/or within this District, maintains a permanent and continuing presence within this District, and has the requisite minimum contacts with this District such that this venue is a fair and reasonable one. Upon information and belief,

Fortitude has transacted and, at the time of the filing of this Complaint, is continuing to transact business within this District.

**FIRST CLAIM**

**(Infringement of the ’286 Patent)**

87. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

88. The ’286 Patent is generally directed to systems and methods for reducing the computation and storage requirements for a Montgomery style reduction and, in particular, to techniques for performing, on a cryptographic apparatus, a Montgomery-style reduction in a cryptographic operation that includes obtaining an operand for the cryptographic operation; computing a modified operand using a reduction value, instead of a modulus used in performing a standard Montgomery reduction, to perform a replacement of a least significant word of the operand, rather than per form a cancellation thereof, where the reduction value is a function of the modulus; and outputting the modified operand.

89. Fortitude has been on notice of the ’286 Patent and a specific factual basis for its infringement of the ’286 Patent since at least the December 12, 2025 filing of the Complaint in *Malikie Innovations Ltd. v. Foundry Digital LLC*, No. 7:25-cv-00567 (W.D. Tex.). On information and belief, Fortitude did not take any action to stop its infringement.

90. Fortitude has indirectly infringed, and continues to indirectly infringe, the ’286 Patent under 35 U.S.C. § 271(b) by knowingly, intentionally actively aiding, abetting, and inducing others, including Foundry, to directly infringe at least claim 1 of the ’286 Patent, and continue to do so, by, for example, encouraging others, including Foundry to sign Bitcoin transactions and/or generate digital signatures according to the Bitcoin protocol to transact (*e.g.*, transfer) bitcoin, and/or to verify Bitcoin transactions and/or verify digital signatures according to the Bitcoin

protocol to facilitate mining and/or transacting (*e.g.*, transferring) of bitcoin. An exemplary claim chart showing one way in which Fortitude infringes claim 1 of the ’286 Patent is attached as Exhibit 3.

91. Defendant’s infringement has been willful in view of the above and their failure to take any action, even after being put on notice, to stop their respective infringement.

**SECOND CLAIM**

**(Infringement of the ’039 Patent)**

92. Plaintiffs incorporate by reference the preceding paragraphs of this Complaint.

93. The ’039 Patent is generally directed to systems and methods for efficient implementations of hash algorithms on a computer processor, including techniques for utilizing a processor’s registers to efficiently perform multiple iterations of SHA-2 family secure hash algorithms and, in particular, to techniques for maximizing a number of registers at an end of an iteration of a hash algorithm for use in a next iteration, where the method includes categorizing and unrolling iterations of an original secure hash algorithm into even iterations and odd iterations, reversing a sequence of computations in the even iterations to those in the odd iterations, said reversing resulting in an average number of words that need to be loaded into the registers per iteration being reduced by at least one half compared to the original secure hash algorithm, and combining an even iteration and an odd iteration to provide a new iteration of a loop.

94. Fortitude has been on notice of the ’039 Patent and a specific factual basis for its infringement of the ’039 Patent since at least the December 12, 2025 filing of the Complaint in *Malikie Innovations Ltd. v. Foundry Digital LLC,* No. 7:25-cv-00567 (W.D. Tex.). On information and belief, Fortitude did not take any action to stop its infringement.

95. Fortitude has, under 35 U.S.C. § 271(a), directly infringed, and continues to directly infringe, literally and/or under the doctrine of equivalents, one or more claims, including without limitation at least claim 1 of the ’039 Patent, by making, using, testing, selling, offering for sale, and/or importing hardware and/or software including devices and software for mining bitcoin (excluding any products licensed under the ’039 Patent), such as, for example, hardware and software for digital asset mining, including mining rigs, application-specific integrated circuits (ASICs), computers, miners, firmware, and software applications. Exemplary claim chart showing one way in which Fortitude directly infringes claim 1 of the ’039 Patent is attached as Exhibit 4.

96. Defendant’s infringement has been willful in view of the above and their failure to take any action, even after being put on notice, to stop their respective infringement.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against Defendant as follows:

A. That Fortitude has infringed the Asserted Patents and will continue to infringe the Asserted Patents unless enjoined;

B. That Fortitude’s infringement of the Asserted Patents has been willful;

C. That Defendant pays Plaintiffs damages adequate to compensate for their past infringement of each of the Asserted Patents as appropriate, and present and future infringement of the Asserted Patents as appropriate, together with interest and costs under 35 U.S.C. § 284;

D. That Defendant pays prejudgment and post-judgment interest on the damages assessed;

E. That Defendant pays Plaintiffs enhanced damages pursuant to 35 U.S.C. § 284;

F. That Defendant be enjoined from infringing the Asserted Patents as appropriate or if their infringement is not enjoined, that they be ordered to pay ongoing royalties to Plaintiffs for any post-judgment infringement of the Asserted Patents as appropriate;

G. That this is an exceptional case under 35 U.S.C. § 285; and that Defendant pays Plaintiffs' attorneys' fees and costs in this action; and

H. That Plaintiffs be awarded such other and further relief, including equitable relief, as this Court deems just and proper.

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby demand a trial by jury on all issues triable to a jury.

Dated: August 28, 2026

Respectfully submitted,

Terrance P. Flynn
Harris Beach Murtha Cullina PLLC
726 Exchange Street, Suite 900
Buffalo, NY 14210
Telephone: (716) 200-5050
Facsimile: (716) 200-5201
Email: tflynn@harrisbeachmurtha.com

Khue V. Hoang (*Pro Hac Vice Forthcoming*)
Reichman Jorgensen Lehman & Feldberg LLP
400 Madison Avenue, Suite 14D
New York, NY 10017
Tel: (212) 381-1965
khoang@reichmanjorgensen.com

Matthew G. Berkowitz (*Pro Hac Vice Forthcoming*)
Reichman Jorgensen Lehman & Feldberg LLP
100 Marine Parkway, Suite 300
Redwood Shores, CA 94065
Tel: (650) 623-1401
mberkowitz@reichmanjorgensen.com

Philip J. Eklem (*Pro Hac Vice Forthcoming*)
Reichman Jorgensen Lehman & Feldberg LLP
1909 K Street, NW, Suite 800
Washington, DC 20006
Tel: (202) 894-7310
peklem@reichmanjorgensen.com

*Attorneys for Plaintiffs Malikie Innovations Ltd. and Key Patent Innovations Ltd.*